| Cause #: | 2014-63727 | | Court # | 11TH | Judgment Date: | 12/8/2014 |
|---|---|---|---|---|---|---|
| Volume: | | | Page: | | Image #: | 63464872 |
| Due Date: | 2/6/2015 | | Attorney Bar No: | | 2 (PRO SE) | |

| | |
|---|---|
| Assigned to    FIRST    Court of Appeals | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS |
| Date Findings of Facts/Mtn of Modify/Mtn New Trial filed? | N/A 12/29/2014 4:07:38 PM<br>CHRISTOPHER A. PRINE<br>Clerk |
| Request for Transcript Filed? | NONE | BC |
| Notice of Appeal previously filed? N | | C |
| Number of Days: | 60 | OA |
| File Ordered: | | |
| Notes: | | |

BC      Notice of Appeal filed
BG      Notice of Appeal filed – Government
C        Appealing Final Judgment
D -      Accelerated Appeal
OA       No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

Maxus Energy Corporation, §
§
Claimant, §
§
vs. §       ATTN: Civil Post Trial
§
Browserweb Media Agency, §       IN THE DISTRICT COURT
§
§       OF HARRIS COUNTY
Respondent. §       11th JUDICIAL DISTRICT

## <u>NOTICE OF APPEAL: CAUSE NO. 2014-63727</u>

Notice is hereby given that Browserweb Media Agency in the above named case, hereby Appeal to the 1st or 14th Court of Appeals (once decided by the Post Trial department) from the final Judgment (Doc. # 1), as entered in this action on 8th December, 2014.

The Citation attached (Doc. # 2a/2b) is merely an offer to Contract which required the defendants consent. This consent was denied by the defendant as per the required rules. The Federal Truth in Lending Act provides that any party to a contract may rescind his consent, within three business days of entering into such a contract, which the defendant did and duly notified the Court. As you can see, blue ink was used [for admiralty] and Admiralty is the Court and represents the defendant's Sovereignty. The defendant has never given this Court jurisdiction.

1

For this Court to enter Judgment, when service was not accepted, and not legal, is a breach of the defendants constitutional rights per the Constitution of the United States of America and hence this formal Notice of Appeal.

## Declaration

My name is Mark Stephen Burke, my date of birth is June 20th, 1967, my address is 46, Kingwood Greens Dr, Kingwood, TX 77339, USA and I declare under penalty of perjury that the foregoing is true and correct.[1]

Respectfully Submitted,
On this day, 23rd December, 2014

**Mark Burke**
Browserweb Media Agency
46 Kingwood Greens Dr
Kingwood, Texas 77339
Telephone: (832) 654-3511
Facsimile: (866) 705-0576

## CERTIFICATE OF SERVICE

---

[1] Sec. 132.001. UNSWORN DECLARATION. (a) Except as provided by Subsection (b), an unsworn declaration may be used in lieu of a written sworn declaration, verification, certification, oath, or affidavit required by statute or required by a rule, order, or requirement adopted as provided by law.

I hereby certify that a true and correct copy of the foregoing has been provided to the following via USPS Mail on this 23rd day of December, 2014:

**ATTN: CIVIL POST TRIAL**
District Court of Harris County
11th District
PO Box 4651
Houston, Texas, 77210

**GIBBS &BRUNS, L.L.P.**
J. Benjamin Bireley
1100 Louisiana, Suite 5300
Houston, Texas 77002

Doc#1 P.3 8A NUA

CAUSE NO. 2014-63727

| | | |
|---|---|---|
| MAXUS ENERGY CORPORATION. | § | IN THE DISTRICT COURT OF |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| vs. | § | HARRIS COUNTY |
| | § | |
| BROWSERWEB MEDIA AGENCY | § | |
| | § | |
| Respondent. | § | 11th JUDICIAL DISTRICT |

## PROPOSED ORDER CONFIRMING ARBITRATION AWARD IN PART

Pursuant to the Federal Arbitration Act, *see* 9 U.S.C. § 9, the Arbitration Award in the AAA arbitration styled *Maxus Energy Corporation v. Browserweb Media Agency*, Case No. 01-14-0000-3508, attached hereto as Exhibit A, is confirmed in its entirety with one exception: The sentence in the award that states "I further order that Browserweb and its CEO, Mark Burke, not disparage YPF Holdings, Inc.; Maxus; Tierra Solutions, Inc.; or any of their officers, directors, shareholders, or representatives in the future" is not confirmed. All other provisions of the Arbitration Award are confirmed in their entirety. THIS JUDGMENT IS FINAL.

DATED: DEC - 8 2014

The Honorable Mike Miller
11th Judicial District of Harris County

FILED
Chris Daniel
District Clerk
DEC - 8 2014
Time:_____ Harris County, Texas
By:_____ Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

RECEIPT NUMBER _____ 0.00

TRACKING NUMBER ___73074771___ CIV

CAUSE NUMBER ___201463727___

PLAINTIFF: MAXUS ENERGY CORPORATION

vs.

DEFENDANT: BROWSERWEB MEDIA AGENCY

In The 11th
Judicial District Court of
Harris County, Texas

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

*I DO NOT ACCEPT THIS OFFER TO CONTRACT and
I DO NOT CONSENT TO THESE PROCEEDINGS.*

TO: BROWSERWEB MEDIA AGENCY BY SERVING MARK BURKE

46 KINGWOOD GREENS DRIVE  KINGWOOD TX 77339

*signed
mark steven burke*

Attached is a copy of ___MOTION TO CONFIRM ARBITRATION AWARD___ *WITHOUT PREJUDICE*

*UCC 1-308*

This instrument was filed on the ___29th___ day of ___October___ *10 Nov '14*, 20 __14__, in the above cited cause number and court. The instrument attached describes the claim against you.

JORDAN L. LITTLE
Notary Public, State of Texas
My Commission Expires
June 06, 2018

YOU HAVE BEEN SUED; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

## TO OFFICER SERVING:

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this ___5th___ day of ___November___, 20 __14__.

Issued at request of:
REASONER, BARRETT H.
1100 LOUISIANA, SUITE 5300
HOUSTON, TX 77002
Tel: (713) 751-5244
Bar Number: 16641980

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: TEZENO, CHARLIE    CMA//9964385

# OFFICER/AUTHORIZED PERSON RETURN

JC #25

I received this citation on the _____ day of _____, 20____, at_____ o'clock ___.M., endorsed the date of delivery thereon, and executed it at _____, _____,

(street address)        (city)

in _____ County, Texas on the _____ day of _____, 20____, at_____ o'clock ___. M., by delivering to _____, by delivering to its

(the defendant corporation named in citation)

_____, in person, whose name is _____,

(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the _____ Petition attached,

(description of petition, e.g., "Plaintiffs Original"

and with accompanying copies of _____.

(additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $ _____

By: _____

(signature of officer)

Printed Name: _____

_____

**Affiant Other Than Officer**

As Deputy for: _____

(printed name & title of sheriff or constable)

On this day, _Mark Stephen Burke_____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _10th_ day of _November_____, 20 _14_

_____
Notary Public

N.INT.CITC.P

JORDAN L. LITTLE
Notary Public, State of Texas
My Commission Expires
June 06, 2018

CASE NUM: 201463727__ PJN> __   TRANS NUM: _____   CURRENT COURT: 11  PUB? _
CASE TYPE: OTHER CIVIL                      CASE STATUS: DISPOSED (FINAL)
STYLE: MAXUS ENERGY CORPORATION        VS BROWSERWEB MEDIA AGENCY
===============================================================================
                         **** INACTIVE PARTIES ****
   PJN  PER/CONN  COC  BAR        PERSON NAME              PTY     ASSOC. ATTY
   NUM   NUMBER                                            STAT
_     00003-0001 AGT         BROWSERWEB MEDIA AGENCY BY SER
_     00002-0001 DEF         BROWSERWEB MEDIA AGENCY              PRO-SE
_     00001-0001 PLT 24076086 MAXUS ENERGY CORPORATION            BIRELEY, JOHN


==> (3) CONNECTION(S) FOUND
1=ACTIVE        2=ATY. INQ.     3=ACT.ENTRY    4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.     7=BACKWARD      8=FORWARD      9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201463727__ PJN> __   TRANS NUM: _____   CURRENT COURT: 11  PUB? _
CASE TYPE: OTHER CIVIL                      CASE STATUS: DISPOSED (FINAL)
STYLE: MAXUS ENERGY CORPORATION        VS BROWSERWEB MEDIA AGENCY
===============================================================================
                         **** ACTIVE PARTIES ****
   PJN  PER/CONN  COC  BAR        PERSON NAME              PTY     ASSOC. ATTY
   NUM   NUMBER                                            STAT


==> (0) CONNECTION(S) FOUND
1=INACTIVE      2=ATY. INQ.     3=ACT.ENTRY    4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.     7=BACKWARD      8=FORWARD      9=PTY. ADDR.  10=REFRESH    11=HELP